WILLIAM H. WAGNER, Respondent, v. ROBERT EARL, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by October twentieth and shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MYRTLE L. HARRINGTON, Respondent, v. GENERAL MOTORS ACCEPTANCE CORPORATION, Appellant. WILLIAM J. HARRINGTON, Respondent, v. GENERAL MOTORS ACCEPTANCE CORPORATION, Appellant. (Actions Nos. 1 and 2.)— Appeal in each action dismissed unless appellant shall file and serve printed papers on appeal and printed briefs by October twentieth, and shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ELIZABETH SMITH and Others, Respondents, v. CLARA E. KRATZ, Appellant.— Order entered pursuant to stipulation filed, substituting Orry R. Evans and Philip C. Thomas, as executors of Elizabeth Smith, deceased, as parties plaintiff, in the place and stead of Elizabeth Smith, deceased. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of FRED W. THOMAS, an Attorney and Counselor at Law.— Application for reinstatement to practice as an attorney and counselor at law granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

PETER SHEFTIO and Another, Respondents, v. FREDERICK FRYER and Another, Appellants.— Motion for stay pending appeal denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.